# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBORAH WILKINSON,** | : | **CIVIL ACTION NO. 1:05-CV-0606** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **WACHOVIA BANK AND TRUST COMPANY, N.A. d/b/a WACHOVIA,** | : | |
| **Defendants** | : | |

-----------------------------------------------------------------------------

| | | |
|---|---|---|
| **LEAH SPAHR,** | : | **CIVIL ACTION NO. 1:05-CV-0693** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **WACHOVIA BANK AND TRUST COMPANY, N.A. d/b/a WACHOVIA,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 8th day of August, 2005, upon consideration of the motions to consolidate the above-captioned cases, docketed as Civil Action No. 1:05-CV-0606 (Doc. 9) and Civil Action No. 1:05-CV-0693 (Doc. 7), and it appearing that the above-captioned cases arise from the same underlying events and involve common questions of fact and law, see FED. R. CIV. P. 42(a), and that none of the parties oppose consolidation of the above-captioned cases, see Cella v. Togum Constructeur Ensembleier en Industrie Alimentaire, 173 F.3d 909, 912-13 (3d Cir. 1999), it is hereby ORDERED that the motions are GRANTED as follows:

1. The above-captioned cases are CONSOLIDATED for all purposes.

2. The Clerk of Court is directed to CONSOLIDATE the case docketed as Civil Action No. 1:05-CV-0693 into the case docketed as Civil Action No. 1:05-CV-0606 and to CLOSE the case docketed as Civil Action No. 1:05-CV-0693.

3. All future documents filed in this consolidated case shall be filed under the case docketed as Civil Action No. 1:05-CV-0606.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge