**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEAH SPAHR,** | : | **CIVIL ACTION NO. 1:05-CV-0606** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **WACHOVIA BANK and TRUST** | : | |
| **COMPANY, N.A. d/b/a WACHOVIA** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 5th day of October, 2005, upon consideration of defendant's motion (Doc. 17) seeking an enlargement of time to complete discovery and file dispositive motions on the grounds that plaintiff has not produced additional discovery documents identified during the course of her deposition, it is hereby ORDERED that plaintiff shall, on or before October 20, 2005, show cause why she has not.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge