**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEAH SPAHR,** | : | **CIVIL ACTION NO. 1:05-CV-0606** |
| **Plaintiff** | : | **(Judge Conner)** |
| **v.** | : | |
| **WACHOVIA BANK and TRUST COMPANY, N.A. d/b/a WACHOVIA** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 7th day of October, 2005, upon consideration of plaintiff's opposition (Doc. 21) to the motion to withdraw as counsel (Doc. 15), in which plaintiff presents facts that contradict those asserted in the motion to withdraw as counsel (see Doc. 21), filed by Attorney Joseph C. Korsak, granted by the court on October 5, 2005 (see Doc. 18), it is hereby ORDERED that:

1. The Clerk of Court is directed to docket, UNDER SEAL, plaintiff's opposition (Doc. 21), and to send a copy of this order and plaintiff's opposition (Doc. 21) via first class mail to Attorney Joseph C. Korsak.

2. Paragraph 1 of the order of court dated October 5, 2005 (Doc. 18 ¶ 1) granting the motion to withdraw (Doc. 15) is VACATED.

3. Attorney Joseph C. Korsak is directed to file a brief in reply to plaintiff's opposition on or before October 19, 2005.

4. A hearing on this matter may be scheduled by future order of court.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge