**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEAH SPAHR,** | : | **CIVIL ACTION NO. 1:05-CV-0606** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **WACHOVIA BANK and TRUST** | : | |
| **COMPANY, N.A. d/b/a WACHOVIA** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 12th day of October, 2005, upon consideration of the brief in support (Doc. 23) of the motion to withdraw as counsel (Doc. 15), filed by plaintiff's attorney, Joseph C. Korsak ("Attorney Korsak"), and of plaintiff's original response thereof (Doc. 21), and it appearing that the attorney-client relationship may be based on a written agreement (see Doc. 21) and a previous representation (see Doc. 23 ¶ 2), it is hereby ORDERED that:

1. Plaintiff shall file, on or before October 21, 2005, a brief in opposition to the motion to withdraw as counsel, including as an exhibit the written agreement with Attorney Korsak.

2. Attorney Korsak shall file, on or before October 28, 2005, a reply to plaintiff's brief in opposition. Attorney Korsak shall be permitted to submit, on or before October 28, 2005, the written agreements with plaintiff on the above-captioned case and on the previous case (see Doc. 23 ¶ 2).

3. The Clerk of Court is directed to docket, UNDER SEAL, the brief in support (Doc. 23) and any future submissions regarding the motion to withdraw as counsel (Doc. 15).

4. A hearing on this matter may be scheduled by future order of court.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge