## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEAH SPAHR,** | : CIVIL ACTION NO. 1:05-CV-0606 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **WACHOVIA BANK and TRUST COMPANY, N.A. d/b/a WACHOVIA** | : |
| **Defendant** | : |

## <u>ORDER</u>

AND NOW, this 2nd day of December, 2005, upon consideration of the order of court (Doc. 19) dated October 5, 2005, directing plaintiff to file, on or before October 20, 2005, a response showing cause why she has not produced additional discovery documents identified during the course of her deposition, and in light of the order of court (Doc. 28) granting counsel for plaintiff leave to withdraw, it is hereby ORDERED that *pro se* plaintiff Leah Spahr shall, on or before December 16, 2005, produce the additional discovery documents or file a response showing cause why she has not.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge